O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-01363-SGL                                    Date:  January 13, 2009

Title:   WENDLIN RAE RINGEL, D.V.M. *-v-* COUNTY OF RIVERSIDE; SERGEANT CHAD BIANCA, DEPUTY J. COLBERT
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                        None Present
        Courtroom Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                             None present

PROCEEDINGS:     **ORDER TO SHOW CAUSE**       (IN CHAMBERS)

     This matter was previously calendared for a hearing on January 5, 2009, at 9:30 a.m., for a mandatory appearance by plaintiff's counsel to answer the demand for payment for transcripts ordered in this matter, as provided to counsel by Court Reporter, Theresa Lanza.  This hearing was removed prior to calendar call as the Court was informed by the Court Reporter, that the payment had been satisfied.  The Court Reporter now reports that the payment made by a check drawn on an account of the plaintiff, Wendlin Rae Ringel, has been returned with the indication "Insufficient Funds."

     Accordingly, an Order to Show Cause (OSC) hereby issues against both counsel and the plaintiff in this matter, jointly and severally.  E. Thomas Barham, Jr., Esq., of the Law Firm of Barham & Ostrow, Thomas E. Beck, Esq., of the Beck Law Firm, and plaintiff, Wendlin Rae Ringel, are ORDERED to personally appear before this Court on January 26, 2009, at 9:30 a.m., in Courtroom One of this Court.  Upon notice from the Court Reporter (and only the Court Reporter) that this matter has been resolved amicably in advance of the hearing, the hearing will be vacated and the OSC will be deemed satisfied.  Absent such satisfaction, the above-mentioned parties are advised that failure to appear on the foregoing date and time by any party may result in the imposition of  sanctions.

     IT IS SO ORDERED.