**United States District Court**
**Central District of California**

FILED
CLERK, U.S. DISTRICT COURT
NOV 5, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

WENDLIN R. RINGEL,

    Plaintiff,

v.

COUNTY OF RIVERSIDE, et al.,

    Defendants.

Case No. LACV 04-1363 SGL

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to the Court's Order Denying Assignee of Record Sequoia Concepts Inc.'s ("Assignee") Amended Application for Renewal of Judgment by Complaint and Dismissing Assignee's Verified Complaint for Renewal of Judgment, IT IS SO ORDERED AND ADJUDGED that Assignee's Complaint for Renewal of Judgment against Plaintiff Wendlin R. Ringel is DISMISSED with prejudice. The Court orders that such judgment be entered.

    **IT IS SO ORDERED.**

Dated: 11/5/18

Virginia A. Phillips
Chief United States District Judge